**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**(ABERDEEN)**

---

IN RE:

DAVID GENE DOOLE                                    Case No. 21-10861-JDW
                                                    Chapter 7
    Debtor.

---

KAPITUS SERVICING, INC.,
as agent for Kapitus LLC,

    PLAINTIFF,
v.                                                  ADV. PRO. NO. 21-01022-JDW

DAVID GENE DOOLE,
an individual,

    DEFENDANT.

---

### NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS

---

PLEASE TAKE NOTICE that Plaintiff, Kapitus Servicing, Inc., as agent for Kapitus, LLC, (the "Plaintiff") on this date served, *via* electronic mail and U.S. mail, postage prepaid, the following document upon counsel of record for the Defendant, David Gene Doole:

    *Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions*

4880-0901-1460v1

| | |
|---|---|
| Dated: November 23, 2021 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC |

By: /s/ *Erno Lindner*
Erno Lindner (MB No. 104073)
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Phone: 423.209.4206
Email: elindner@bakerdonelson.com

*Counsel for the Plaintiff*

### CERTIFICATE OF SERVICE

I CERTIFY that on November 23, 2021, a copy of the foregoing was served upon all those registered to receive electronic noticing in this case, and sent via first class mail, postage prepaid to the following:

Karen B. Schneller
Robert H. Lomenick
Schneller & Lomenick, P.A.
Post Office Box 417
Holly Springs, MS 38635
karen.schneller@gmail.com
robert@northmsbankruptcy.com

/s/ *Erno Lindner*

4880-0901-1460v1