# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### (ABERDEEN)

IN RE:

DAVID GENE DOOLE  Case No. 21-10861-JDW
  Chapter 7
    Debtor.

---

KAPITUS SERVICING, INC.,
as agent for Kapitus LLC,

    PLAINTIFF,

v.  ADV. PRO. NO. 21-01022-JDW

DAVID GENE DOOLE,
an individual,

    DEFENDANT.

---

### PLAINTIFF'S NOTICE OF DEPOSITION OF DAVID GENE DOOLE

**TO:**    **David Gene Doole**
c/o Karen B. Schneller
Robert H. Lomenick
Schneller & Lomenick, P.A.
Post Office Box 417
Holly Springs, MS 38635

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable in adversary proceedings pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Kapitus Servicing, Inc., as agent for Kapitus LLC, ("Plaintiff") will take the deposition of Defendant, David Gene Doole, before a court reporter, notary public, or other official authorized to administer oaths and take depositions in Mississippi. The deposition will take place at the date, time, and location indicated hereinbelow.

The deposition will be taken via Zoom on **March 1, 2022**, commencing at **11:00 a.m., Central time**, or on such other date and time as the parties may agree. All participants, including the witness and court reporter, will participate via Zoom. The deposition will be recorded stenographically.

The virtual link to appear the deposition is below:

**https://proceedings.veritext.com/?token=d135811110a077f2b1b6d55f3ffdd0f2**

**Participating via Meeting ID/Password, Video Teleconference or Conference Call:**

If you would like to participate via Meeting ID/Password, Video Teleconference or Conference call, click the link above within an hour of the scheduled start time, identify yourself and click **Show My Meeting ID/Password and Additional Session Details**. Sharing the meeting link with non-parties or unaffiliated individuals could affect the security of the session.

The deposition will be subject to continuance or adjournment from time to time or place to place until completed.

Dated: January 28, 2022.                    BAKER, DONELSON, BEARMAN, CALDWELL
                    & BERKOWITZ, PC

                  By: /s/ *Erno Lindner*
                    Erno Lindner (MB No. 104073)
                    633 Chestnut Street, Suite 1900
                    Chattanooga, Tennessee 37450
                    Phone: 423.209.4206
                    Email: elindner@bakerdonelson.com

                  ***Counsel for the Plaintiff***

4876-9940-2507v1

## **CERTIFICATE OF SERVICE**

I CERTIFY that on January 28, 2022, a copy of the foregoing was served upon all those registered to receive electronic noticing in this case, and sent via first class mail, postage prepaid to the following:

    Karen B. Schneller
    Robert H. Lomenick
    Schneller & Lomenick, P.A.
    Post Office Box 417
    Holly Springs, MS 38635
    karen.schneller@gmail.com
    robert@northmsbankruptcy.com

                                                      */s/ Erno Lindner*

4876-9940-2507v1